```
                    UNITED STATES BANKRUPTCY COURT
                     EASTERN DISTRICT OF MISSOURI
                           EASTERN DIVISION


IN RE:                          )     CASE NO: 04-51169-399
                                )
ROBERT E CARTER                 )
                                )     CHAPTER 13
                                )
                                )
              DEBTOR(S)         )


               LIST OF UNCLAIMED FUNDS AND ENTITIES
                   WHICH ARE ENTITLED TO PAYMENT

       COMES NOW JOHN V. LABARGE, JR., CHAPTER 13 TRUSTEE, AND PROVIDES
LIST FOR FILING PURSUANT TO BANKRUPTCY RULE 3011.  THE FOLLOWING IS A
LIST OF ALL KNOWN NAMES AND ADDRESSES OF THE ENTITIES AND THE AMOUNTS
WHICH THEY ARE ENTITLED TO BE PAID FROM REMAINING PROPERTY OF THE
ESTATE THAT IS PAID HEREWITH INTO COURT PURSUANT TO 11 U.S.C. SECTION
347(A):


BAY AREA CREDIT SVCS LLC
PO BOX 467600                        $              10.17

ATLANTA GA
444331              31146


                                     /s/ John V. LaBarge, Jr.
                                     ------------------------------------
DATE: February 26, 2010              JOHN V. LABARGE, JR.,
                                     CHAPTER 13 TRUSTEE
                                     P.O. Box 430908
                                     St. Louis, MO 63143
BG -091                              (314) 781-8100   trust33@ch13stl.com
```